IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MILDRED URANGA** § | | |
| Plaintiff, § | | C.A. NO.: 3:13-cv-02213 |
| v. § | | |
| § | | |
| **HOLIDAY MARKET, INC.,** § | | |
| and **ABDUL WAFAYEE** § | | |
| Defendants. § | | |

## SUGGESTION OF BANKRUPTCY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Abdul Wafayee, Defendant, and herein files this Suggestion of Bankruptcy. Abdul Wafayee filed Chapter 7 Bankruptcy in the Northern District of Texas on December 12, 2013, assigned case number 13-45622-dml7.

Respectfully submitted,

LAW OFFICES OF S. GARY WERLEY

By: ____/s/ S/ Gary Werley_____
S. GARY WERLEY
State Bar No. 21187000

1840 Acton Highway, Suite 102
Granbury, Texas 76049
Telephone: 817-573-7700
Facsimile: 817-573-7710

**ATTORNEY FOR DEFENDANT**

I certify that a copy of this instrument was served upon counsel of record by ECF on the date of filing.

____/s/ S/ Gary Werley_____

Case 3:13-cv-02213-BN   Document 13   Filed 12/30/13   Page 2 of 2   PageID 42