IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MILDRED URANGA § | |
|    Plaintiff, § | C.A. NO.: 3:13-cv-02213 |
| v. § | |
| § | |
| HOLIDAY MARKET, INC., § | |
| and ABDUL WAFAYEE § | |
|    Defendants. § | |

RESPONSE TO COURT'S ORDER

    Defendant, Holiday Market, Inc.'s, position as to the bankruptcy petition of Abdul Wafayee, is that the automatic stay only applies to the petitioner in bankruptcy and not to the co-defendants. In Re Southwestern Bell Telephone Co., 35 S.W.3d 602 (Tex. 2000).

    Respectfully submitted,

    LAW OFFICES OF S. GARY WERLEY


    By: ____/s/ S/ Gary Werley_____
        S. GARY WERLEY
        State Bar No. 21187000

1840 Acton Highway, Suite 102
Granbury, Texas 76049
Telephone: 817-573-7700
Facsimile: 817-573-7710

**ATTORNEY FOR DEFENDANT**


    I certify that a copy of this instrument was served upon counsel of record by ECF on the date of filing.

    ____/s/ S/ Gary Werley_____