IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MILDRED URANGA,

      Plaintiff,

v.                                                                    C.A. NO.: 3:13-cv-02213

HOLIDAY MARKET, INC.,
and ABDUL WAFAYEE,

      Defendants.

_____/

### PLAINTIFF'S RESONSE TO THE COURT'S ORDER

Plaintiff, MILDRED URANGA, by and through her undersigned counsel, files this response to the Court's Order and states as follows:

1.     In light of Defendant's Suggestion of Bankruptcy, Plaintiff intends on filing a Stipulation of Dismissal as to ABDUL WAFAYEE without prejudice.

2.     With regard to HOLIDAY MARKET, INC., Plaintiff believes that the matter can proceed forward as the bankruptcy proceedings do not relate to the Defendant, HOLIDAY MARKET, INC.

Respectfully submitted this 28th day of January, 2014.

ROSS LAW GROUP
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile

*/s/ Charles L. Scalise*
CHARLES L. SCALISE
Texas Bar No. 24064621
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification to the following:

S. GARY WERLEY
1840 Acton Highway, Suite 102
Granbury, Texas 76049

/s/ Charles L. Scalise
CHARLES L. SCALISE